# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

### ORLANDO DIVISION

David Bryan,

Plaintiff,

v.                                                          Case No. 6:24-cv-00641-PGB-DCI

City of Orlando, et al.,

Defendants.

## PLAINTIFF'S SECOND 120-DAY STATUS REPORT

Plaintiff David Bryan, pursuant to the Court's April 23, 2025 Endorsed Order requiring the

parties to submit written status reports "every 120 days hereafter or upon the occurrence of any

event which results in the lifting or termination of the stay," respectfully files this Second Status

Report and states:

1. **Release Date Update**

   Plaintiff notifies the Court that his projected release date from the Bureau of Prisons is

   January 26, 2026. Plaintiff will promptly inform the Court in writing upon release, as this

   event directly relates to the lifting of the stay described in the April 23 Order.

2. **Case Remains Stayed Pursuant to Court Order**

The Court's April 23, 2025 Order provides that "the case is hereby STAYED pending Plaintiff David Bryan's release from incarceration" and directs the Clerk to administratively close the file. Plaintiff continues to comply fully with that Order and acknowledges that no substantive action is requested from the Court during the pendency of the stay.

3. **Good-Faith Discussion Regarding Anticipated Motion**

Plaintiff respectfully informs the Court that, despite the stay, he engaged in good-faith communication with Defendants' counsel concerning Plaintiff's forthcoming Motion for Sanctions for Spoliation of Evidence. Defendants have indicated that they oppose the motion and the relief Plaintiff intends to seek.

4. **Filing for Court Convenience Only (No Action Requested)**

While Plaintiff understands that the stay suspends all ordinary deadlines and briefing schedules, Plaintiff intends to file the contemplated sanctions motion, legal memorandum in support thereof and additional supplemental authorities on the docket solely for the Court's convenience, so that it is immediately available when the stay is lifted.

Plaintiff does not request that the Court take any action on the motion at this time and files it only to streamline the record in accordance with the Court's future review.

Plaintiff will continue to provide status reports every 120 days, consistent with the directive in the Court's April 23, 2025 Order, or sooner should any event occur that may lift or terminate the stay.

## CERTIFICATE OF SERVICE

I hereby certify that on **December 15, 2025**, the foregoing ~~Motion For Sanctions For Spoliation Of Evidence~~ was served upon the opposing party's attorney via electronic mail (Matthew Carson, Mcarson@sniffenlaw.com) in accordance with the rules of service.

Respectfully submitted,

/s/David Bryan

David Bryan

XerviousFinesse@gmail.com

320 N hart Blvd

6892679791

.

/s/Kierra Thomas

Kierra Thomas

Kierrat555@gmail.com

320 N hart Blvd

6892679823